UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOZIA RASOOL,

                                            Plaintiff,                         19 Civ. 9474 (PAE)

                  -v-

                                                                                  ORDER

TURKISH AIRLINES, INC.,

                                          Defendant.

PAUL A. ENGELMAYER, District Judge:

      An initial pretrial conference in this case is scheduled for February 6, 2020 at 3 p.m. Dkt. 9 at 1. Pursuant to the Court's notice of the initial pretrial conference, the parties were ordered to file a joint proposed case management plan and a joint letter, not to exceed three pages, that provides a description of the case, any contemplated motions, and the prospect for settlement no later than January 31, 2020. *Id.* at 1–2. The parties were also directed to provide the Court two courtesy copies of the pleadings no later than January 31, 2020. *Id.* at 2. The parties have failed to comply with any of these orders.

      The parties are ordered, no later than **noon tomorrow, February 5, 2020**, to (1) file the joint proposed case management plan and the joint letter, pursuant to the instructions in the notice of the pretrial conference, *see id.* at 1–2; and (2) to provide the Court's chambers with two courtesy copies of the pleadings.

      SO ORDERED.

                                                                             PAUL A. ENGELMAYER
                                                                             United States District Judge

Dated: February 4, 2020
         New York, New York