UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOZIA RASOOL,

                              Plaintiff,

               -v-

TURKISH AIRLINES, INC.,

                             Defendant.

19 Civ. 9474 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference presently scheduled for January 8, 2021 at 2:00 p.m. is rescheduled for 12:00 p.m. on the same day.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 6, 2021
        New York, New York