UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOZIA RASOOL,<br><br>                              Plaintiff,<br>               -v-<br><br>TURKISH AIRLINES, INC.,<br><br>                              Defendant. | 19 Civ. 9474 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court extended the deadline to complete fact discovery to January 29, 2021 and the deadline to complete expert discovery to March 12, 2021. By separate order, the Court referred the case to Magistrate Judge Fox for settlement.

The Court schedules a case management conference is scheduled for February 26, 2021 at 2:00 p.m. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 8, 2021
       New York, New York