UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOZIA RASOOL,

                        Plaintiff,

            -v-

TURKISH AIRLINES, INC.,

                        Defendant.

19 Civ. 9474 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict, the case management conference presently scheduled for tomorrow, February 26, 2021 at 2:00 p.m. is rescheduled for 4:00 p.m. on the same day. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 25, 2021
       New York, New York