UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

FOZIA RASOOL,

                              Plaintiff,                      19 Civ. 9474 (PAE)

                -v-

                                                                              ORDER

TURKISH AIRLINES, INC.,

                              Defendant.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

      At today's conference, the Court set a due date for the joint pretrial order of April 19, 2021. Motions *in limine* are also due on April 19, 2021, and any oppositions are due April 26, 2021.

      The Court also schedules a final pretrial conference for May 5, 2021 at 3:00 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                         _____
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated:  February 26, 2021
           New York, New York